AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | *Groves* | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | *Feb 13 2008* |
| NAME OF SERVER *(PRINT)* *Thomas Smith* | TITLE | *Process Server* |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Sandy Bagley (mother in law)*

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *Feb 13 2008*      *Thomas Smith*
                    Date              Signature of Server

*2532 N Kildare*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.