UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPOOZ., INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAME GROVES, )<br>PENG HE, and )<br>LOGIC BOX, LLC )<br>)<br>)<br>Defendant. ) | Case No.:   07 C 7265 |

## APPEARANCE

The undersigned, as attorney, enters the appearance of the defendants JAME GROVES, PENG HE, and LOGICBOX, L.L.C., an Illinois Limited Liability Company.

_____
James B. Koch

James B. Koch
GARDINER KOCH & WEISBERG
Attorneys for Plaintiff
53 W. Jackson Blvd., Suite 950
Chicago, IL 60604
312/362-0000
Atty. No. 29637