IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SPOOZ, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:   07 CV 7265 |
| | ) | |
| vs. | ) | JURY TRIAL REQUESTED |
| | ) | |
| JAMÉ GROVES, | ) | |
| | ) | |
| PENG HE, and | ) | |
| | ) | |
| LOGICBOX, LLC | ) | Judge:   Anderson |
| | ) | Magistrate Judge: Cox |
| Defendants. | ) | |

NOTICE OF JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION

TO: All Counsel of Record (via ECF Fililng System)

On **July 24, 2008**, at the hour of **9:00 A.M.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Wayne R. Anderson, or any judge sitting in his stead in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the Parties' **Joint Motion to Stay Proceedings Pending Mediation**, a copy of which is attached hereto and herewith served upon you.

Date:   July 18, 2008                                        Respectfully submitted,


/s/ Christopher E. Haigh

Christopher E. Haigh
Indiana Bar No. 22038-49
IPAdvisors, Inc.
2038 N. Clark #105
Chicago, IL 60614
(312) 242-1685
(312) 277-9002 (facsimile)

/s/ Geoffrey A. Baker

Geoffrey A. Baker
Illinois Bar No. 6236658

DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
(708) 660-1413
(312) 873-4466 (facsimile)

**Attorneys for Plaintiff
Spooz, Inc.**

/s/ James B. Koch

James B. Koch
Illinois Bar No. 29637
Gardiner Koch & Weisberg
53 W. Jackson, Ste. 950
Chicago, IL 60604
312-362-0000

**Attorney for Defendants**

2