IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SPOOZ, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:   07 CV 7265 |
| | ) | |
| vs. | ) | JURY TRIAL REQUESTED |
| | ) | |
| JAMÉ GROVES, | ) | |
| | ) | |
| PENG HE, and | ) | |
| | ) | |
| LOGICBOX, LLC | ) | Judge:   Anderson |
| | ) | Magistrate Judge: Cox |
| Defendants. | ) | |

**JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION**

The Parties, by and through their attorneys, request the Court to stay proceedings pending mediation between the parties. In support of their request, the Parties states as follows:

1. The Parties have conferred and wish to mediate this matter.

2. The Parties plan to exchange expedited discovery and have identified mediators to handle this matter.

3. The Parties request that the Cout stay proceedings in this matter pending the outcome of mediation between the parties.

Wherefore, the Parties request the Court to stay proceedings in this matter for thirty (30) days pending the outcome of mediation between the parties.


Date:   July 18, 2008                               Respectfully submitted,


                                                    /s/ Christopher E. Haigh

Christopher E. Haigh
Indiana Bar No. 22038-49
IPAdvisors, Inc.
2038 N. Clark #105
Chicago, IL 60614
(312) 242-1685
(312) 277-9002 (facsimile)

<u>/s/ Geoffrey A. Baker</u>

Geoffrey A. Baker
Illinois Bar No. 6236658
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
(708) 660-1413
(312) 873-4466 (facsimile)

**Attorneys for Plaintiff Spooz, Inc.**

<u>/s/ James B. Koch</u>

James B. Koch
Illinois Bar No. 29637
Gardiner Koch & Weisberg
53 W. Jackson, Ste. 950
Chicago, IL 60604
312-362-0000

**Attorney for Defendants**

2