## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **SPOOZ, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 07 C 7265** |
| | ) | |
| **JAMÉ GROVES,** | ) | **Judge Anderson** |
| **PENG HE, and,** | ) | |
| **LOGICBOX LLC** | ) | **Magistrate Judge Cox** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## AGREED MOTION TO DISMISS

**NOW COMES PLAINTIFF**, by and through their lawyers Christopher Haigh, Geoffrey A. Baker and Defendants by and through its lawyer James B. Koch and hereby moves to dismiss this case with prejudice.

1. The parties have entered into a settlement agreement which requires that this case be dismissed with prejudice and the matter be submitted to binding arbitration within 60 days.

2. The parties have agreed to submit all maters to an agreed upon arbitrator.

**WHEREFORE** the parties agreed to dismiss with prejudice.

Respectfully submitted,

*James B. Koch*

James B. Koch

James B. Koch
Gardiner Koch & Weisberg
53 W. Jackson Blvd Suite 905
Chicago, IL 60604
Telephone 312-362-0000
Facsimile 312-362-0440