IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SPOOZ, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 7265 |
| | ) | |
| JAMÉ GROVES, | ) | Judge Anderson |
| PENG HE, and, | ) | |
| LOGICBOX LLC | ) | Magistrate Judge Cox |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Christopher E. Haigh         Geoffrey A. Baker
      IPAdvisors, Inc.              DOWELL BAKER, P.C.
      2038 N. Clark #104            229 Randolph Street
                                    Oak Park, IL 60302

PLEASE TAKE NOTICE that on the 18th day of September at 9:00 a.m. we shall appear before the Honorable Judge Anderson in Room 1403 and shall then and there present **AGREED MOTION TO DISMISS**, a copy which has been hereby served upon you.

                              /s/ James B. Koch
                              Attorney for Defendants

James B. Koch
GARDINER KOCH & WEISBERG
53 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone 312.362.0000

## CERTIFICATE OF SERVICE

I, Angela Hartzog, a non-attorney, do hereby affirm under oath that I served copies of the foregoing documents by electronic filing, to the above-named parties, on this 12th day of June, 2008.

*Angela Hartzog* (signature)